# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CONTINENTAL CASUALTY COMPANY,

V.

**SUMMONS IN A CIVIL CASE**

PHOENIX LIFE INSURANCE COMPANY, ET AL.,

CASE NUMBER: **3:19−CV−01448−JAM**

TO: **PHL Variable Insurance Company, Phoenix Life Insurance Company**
Defendant's Address:

PHL Variable Insurance Company and
Agent: CT Corporation
67 Burnside Ave.
East Hartford, CT 06108
address: One American Row
Hartford, CT 06103

Phoenix Life Insurance Company
Agent: CT Corporation, 67 Burside Ave., East Hartford, CT 06108

Address: One American Row, Hartford, CT 06103

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rhonda J. Tobin
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103−3597**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − B E Freberg
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2019−09−26 15:43:55.0, Clerk
USDC CTD

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* __PHL Variable Ins Co and Phoenix Life Ins Co.__ was received by me on *(date)* __9/27/19__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* __Please see attached return of service__

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: __9/27/19__

Servers signature

Printed name and title: __Elizabeth J Ostrowski, CT State Marshal__

Servers address: __PO Box 1219, Glastonbury CT 06033__

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CONTINENTAL CASUALTY COMPANY,

V.

PHOENIX LIFE INSURANCE COMPANY, ET AL.,

SUMMONS IN A CIVIL CASE

CASE NUMBER: **3:19-CV-01448-JAM**

TO: **Nassau Insurance Group Holdings, LP**
Defendant's Address:

Agent: Commissioner of CT Department of Insurance

Address: One American Row
Hartford, CT  06108

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rhonda J. Tobin
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − B E Freberg
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2019−09−27 11:37:17.0, Clerk
USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Nassau Ins Group Holdings LP**
was received by me on *(date)* **9/27/19**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____
_____; or

☑ Other *(specify)* **Please see attached return of service**
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **9/27/19**

Servers signature

**Elizabeth J. Ostrowski**
**CT State Marshal**
Printed name and title

**PO Box 1219**
**Glastonbury CT 06033**
Servers address

Additional information regarding attempted service, etc:

OFFICER'S RETURN TO COURT

State of Connecticut )
                        ) ss. East Hartford       September 27, 2019
County of Hartford )

Then and by virtue hereof and by special direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, PHL VARIABLE INSURANCE COMPANY, by leaving a verified true and attested copy of the original **Summons in a Civil Case, Proof of Service, Complaint For Declaratory Judgment, Exhibits 1 through 5, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, and Notice to Counsel and Pro Se Parties** with and in the hands of Gary Scappini, person in charge of C T Corporation System, Registered Agent for Service and duly authorized to accept service on behalf of the within named defendant, PHL VARIABLE INSURANCE COMPANY, at 67 Burnside Avenue, in said Town of East Hartford.

And also, on the 27th day of September, 2019, by special direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, PHOENIX LIFE INSURANCE COMPANY, by leaving a verified true and attested copy of the original **Summons in a Civil Case, Proof of Service, Complaint For Declaratory Judgment, Exhibits 1 through 5, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, and Notice to Counsel and Pro Se Parties** with and in the hands of Gary Scappini, person in charge of C T Corporation System, Registered Agent for Service and duly authorized to accept service on behalf of the within named defendant, PHOENIX LIFE INSURANCE COMPANY, at 67 Burnside Avenue, in said Town of East Hartford.

And also, on the 27th day of September, 2019, by special direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, PHL VARIABLE INSURANCE COMPANY, by leaving a verified true and attested copy of the original **Summons in a Civil Case, Proof of Service, Complaint For Declaratory Judgment, Exhibits 1 through 5, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, and Notice to Counsel and Pro Se Parties** with and in the hands of Michelle Murphy, Legal Admin. Manager and duly authorized to accept service on behalf of the within named defendant, PHL VARIABLE INSURANCE COMPANY, at One American Row, in said Town of Hartford.

Elizabeth J. Ostrowski
Connecticut State Marshal
2389 Main Street, P.O. Box 1219, Glastonbury, CT 06033-1219 • (860) 965-8463

And also, on the 27th day of September, 2019, by special direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, PHOENIX LIFE INSURANCE COMPANY, by leaving a verified true and attested copy of the original **Summons in a Civil Case, Proof of Service, Complaint For Declaratory Judgment, Exhibits 1 through 5, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, and Notice to Counsel and Pro Se Parties** with and in the hands of Michelle Murphy, Legal Admin. Manager and duly authorized to accept service on behalf of the within named defendant, PHOENIX LIFE INSURANCE COMPANY, at One American Row, in said Town of Hartford.

And also, on the 27th day of September, 2019, by special direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, NASSAU INSURANCE GROUP HOLDINGS, LP, by leaving a verified true and attested copy of the original **Summons in a Civil Case, Proof of Service, Complaint For Declaratory Judgment, Exhibits 1 through 5, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, and Notice to Counsel and Pro Se Parties** with and in the hands of Michelle Murphy, Legal Admin. Manager and duly authorized to accept service on behalf of the within named defendant, NASSAU INSURANCE GROUP HOLDINGS, LP, at One American Row, in said Town of Hartford.

And also, on the 27th day of September, 2019, by special direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, PHL VARIABLE INSURANCE COMPANY, by leaving two verified true and attested copies of the original **Summons in a Civil Case, Proof of Service, Complaint For Declaratory Judgment, Exhibits 1 through 5, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, and Notice to Counsel and Pro Se Parties** with the Insurance Commissioner of the State of Connecticut (and paid the Statutory Fee in the amount of $50.00) at least twelve days before the session of the court to which this writ is returnable. Said Insurance Commissioner of the State of Connecticut is the duly authorized agent and attorney to accept service for the within named defendant at 153 Market Street in said Town of Hartford.

And also, on the 27th day of September, 2019, by special direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, PHOENIX LIFE INSURANCE COMPANY, by leaving two verified true and attested copies of the original **Summons in a Civil Case, Proof of Service, Complaint For Declaratory Judgment, Exhibits 1 through 5, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, and Notice to Counsel and Pro Se Parties** with the Insurance Commissioner of the State of Connecticut (and paid the Statutory Fee in the amount of $50.00) at least twelve days before the session of the court to which this writ is returnable. Said Insurance Commissioner of the State of Connecticut is the duly authorized agent and attorney to accept service for the within named defendant at 153 Market Street in said Town of Hartford.

ELIZABETH J. OSTROWSKI
CONNECTICUT STATE MARSHAL
2389 MAIN STREET, P.O. BOX 1219, GLASTONBURY, CT 06033-1219 • (860) 965-8463

And also, on the 27th day of September, 2019, by special direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, NASSAU INSURANCE GROUP HOLDINGS, LP, by leaving two verified true and attested copies of the original **Summons in a Civil Case, Proof of Service, Complaint For Declaratory Judgment, Exhibits 1 through 5, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, and Notice to Counsel and Pro Se Parties** with the Insurance Commissioner of the State of Connecticut (and paid the Statutory Fee in the amount of $50.00) at least twelve days before the session of the court to which this writ is returnable. Said Insurance Commissioner of the State of Connecticut is the duly authorized agent and attorney to accept service for the within named defendant at 153 Market Street in said Town of Hartford.

And also, on the 27th day of September, 2019, by special direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, NASSAU INSURANCE GROUP HOLDINGS, LP, by leaving two verified true and attested copies of the original **Summons in a Civil Case, Proof of Service, Complaint For Declaratory Judgment, Exhibits 1 through 5, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, and Notice to Counsel and Pro Se Parties** at the office of the Secretary of State of Connecticut, 30 Trinity Street, Hartford, Connecticut, statutory agent for service (and paid the Statutory Fee in the amount of $50.00) for the within named defendant, NASSAU INSURANCE GROUP HOLDINGS, LP.

Attest:

_____
Elizabeth J. Ostrowski
Connecticut State Marshal
Hartford County

Fees:
| | |
|---|---|
| Service | $ 280.00 |
| Paid Ins. Comm. | $ 150.00 |
| Paid Sec. of State | $ 50.00 |
| Travel | $ 20.00 |
| Verified Pages | $ 900.00 |
| Endorsements | $ 45.20 |
| TOTAL | $1,445.20 |

State of Connecticut
County of Hartford
CONNECTICUT STATE MARSHAL

ELIZABETH J. OSTROWSKI
CONNECTICUT STATE MARSHAL
2389 MAIN STREET, P.O. BOX 1219, GLASTONBURY, CT 06033-1219 • (860) 965-8463