Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK _____   RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: ____ hours  54 minutes

DATE: 02/28/20   START TIME: 3:02pm   END TIME: 3:56pm

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:19-cv-1448

CONTINENTAL CASUALTY CO    Mary E. Borja, Jessica A.R. Hamilton
                           Plaintiff's Counsel

vs

PHOENIX LIFE INSURANCE CO et al    Michael Q. Eagan, Thomas V. Daily
                                   Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing           ☐ Show Cause Hearing
☐ Evidentiary Hearing      ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ....#15 Motion to dismiss      ☐ granted ☑ denied ☐ advisement
☐ ....# ___ Motion               ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion               ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion               ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion               ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion               ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion               ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion           ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion           ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion           ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion           ☐ granted ☐ denied ☐ advisement
☐ ....     ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ......... _____  ☐ filed ☐ docketed
☐ ......... _____  ☐ filed ☐ docketed
☐ ......... _____  ☐ filed ☐ docketed
☐ ......... _____  ☐ filed ☐ docketed
☐ ......... _____  ☐ filed ☐ docketed
☐ ......... _____  ☐ filed ☐ docketed
☐ ......... _____ Hearing continued until _____ at _____

Notes: Motion to dismiss (Doc. #15) denied without prejudice.